**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6022

WAYNE E. KING,

Plaintiff - Appellant,

versus

RICHARD A. LANHAM, Maryland Commissioner of
Corrections; RONALD F. MOATS, Warden, Maryland
Correctional Training Center; DEAN F.
HORNBAKER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
98-1457-CCB)

Submitted:  June 15, 1999          Decided:  June 25, 1999

Before WILLIAMS and TRAXLER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wayne E. King, Appellant Pro Se.  John Joseph Curran, Jr., Attorney
General, David Phelps Kennedy, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant Wayne E. King appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See King v. Lanham, No. CA-98-1457-CCB (D. Md. Dec. 1, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2